**UNITED STATES COURT OF INTERNATIONAL TRADE**             Form 3

HTM MBS LLC,

    Plaintiff,

vs.

UNITED STATES,

    Defendant.

**SUMMONS**

**Court No. 26-2863**

**TO:**    The Attorney General, and the U.S. Department of Commerce

    **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.



**/s/ Gina Justice**
Clerk of the Court

1. Plaintiff HTM MBS LLC is the importer of the merchandise that is the subject of the contested final scope determination.  Plaintiff fully participated as an interested party within the meaning of 19 U.S.C. § 1677(9)(A) in the scope inquiry proceeding before the U.S. Department of Commerce that resulted in the contested final scope determination.  Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   _____
   (Name and standing of plaintiff)

2. Plaintiff contests the U.S. Department of Commerce's Final Scope Ruling regarding HTM MBS LLC's Wall Standoffs and Components Thereof, dated March 24, 2026, finding that the aluminum wall standoffs and components thereof imported by Plaintiff are within the scope of the antidumping and countervailing duty orders on Aluminum Exclusions from the People's Republic of China (Case Nos. A-570-967/C-570-968).

   _____
   (Brief description of contested determination)

3. March 24, 2026

   _____

4.  The U.S. Department of Commerce issued its final scope ruling on March 24, 2026 in an unpublished decision.

_____

/s/  Heather Jacobson
Signature of Plaintiff's Attorney


April 22, 2026
Date

NAKACHI ECKHARDT &
JACOBSON, P.C.
450 Alaskan Way South, Suite 200
Seattle, WA 98104
(206) 774-0927
hjacobson@tradelawcounsel.com

**SERVICE OF SUMMONS BY THE CLERK**

This Summons is being served on the following:

Attorney-in-Charge
International Trade Field Office
U.S. Department of Justice
Civil Division
26 Federal Plaza
New York, NY 10278

Director of Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W., Room 12124
Washington, DC 20530

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, N.W.
Washington, DC 20230

**/s/ Gina Justice**
Clerk of the Court